LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX

Attorney for Plaintiff,
GORDON E. LARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON E. LARKS, | CASE NO.: C05-2265EMC |
| Plaintiff, | **STIPULATION AND ORDER REMANDING CIVIL ACTION TO STATE COURT** |
| v. | |
| HUSTEADS, INC., GALE VERNON LARKS, CAROL ANN LARKS, and DOES 1 to 100, inclusive, | Alameda County Superior Court Case No.: RG05209192 |
| Defendants. | |

The parties, by and through their Counsel of record, do hereby agree and stipulate as follows:

1. The following language shall be deemed stricken from Plaintiff's Complaint:

    a. Page 2, Line 28, beginning with the words "to deny" and including the word "pension" on Page 3, Line 1;

    b. Page 3, Line 4, beginning with the word "including" and ending with the word "retirement" on Page 3, Line 5;

    c. Page 5, Line 1, beginning with the words "i.e., to deny" and ending with the word "benefits";

    d. Page 5, Line 8, beginning with the word "but" and including the word "pension" at line 9;

///

e. [Prayer] Page 8, Paragraph 1, Line 20, the words [lost] "employment benefits".

2. Plaintiff hereby waives any and all ERISA-based claims of damages in the above-entitled action.

3. Plaintiff, Gordon E. Larks, makes no claim of any kind for any statement(s), comment(s), or insinuation(s) directly or indirectly made during the course of the investigation or the processing of any grievance pursuant to the collective bargaining agreement governing Plaintiff's employment with Defendant Husteads.  All of the alleged slanderous/defamatory statements that are the subject of this lawsuit are limited to any made after (1) the conclusion of the proceedings relating to any grievance pertaining to Plaintiff, including but not limited to any Board of Adjustment, and (2) the termination of his employment with Defendant Husteads. Subject to the limitations contained herein, Plaintiff is retaining his right to seek damages for the causes of action set forth in his Complaint arising from and related to comments made as more particularly alleged in his Complaint.  Defendants retain their rights to (1) allege and prove that any statement(s), comment(s), or insinuations(s) upon which Plaintiff purports to base this lawsuit is subject to preemption by Section 301 of the Labor Management Relations Act, and/or (2) remove the case to the United States District Court, Northern District of California, if Plaintiff alleges any statement(s), comment(s), or insinuation(s) that is subject to such preemption.

4. This matter is hereby remanded to the State Court to proceed in the Alameda County Superior Court as Case No.: RG05209192.

Dated: July 6, 2005                                          LAW OFFICES OF PANOS LAGOS

/s/Panos Lagos
Panos Lagos, Esq.
Attorney for Plaintiff,
GORDON E. LARKS

///

1  Dated: July 8, 2005                                              SEYFARTH SHAW LLP

                                                                    /s/Jonathan D. Martin
                                                                    _____
                                                                    Jonathan D. Martin, Esq.
                                                                    Attorneys for Defendants
                                                                    HUSTEADS, INC., GALE VERNON
                                                                    LARKS, and CAROL ANN LARKS

## ORDER

  Good cause appearing therefore,

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-entitled action is hereby remanded to the State Court to proceed in the Alameda County Superior Court as Case No.: RG05209192.  The Clerk is directed to close this case.

  Dated: August 5, 2005                                _____
                                                       MAGISTRATE JUDGE EDWARD M. CHEN

I, Panos Lagos, attorney for Plaintiff GORDON E. LARKS, attest that I have obtained the concurrence of Jonathan D. Martin, Esq., Seyfarth Shaw, attorneys for Defendants HUSTEADS, INC., GALE VERNON LARKS, and CAROL ANN LARKS, for the filing of this Stipulation and Order Remanding Civil Action to State Court.

Dated: July 11, 2005

LAW OFFICES OF PANOS LAGOS

_____
Panos Lagos, Esq.
Attorney for Plaintiff,
GORDON E. LARKS